IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE :                                              Case No. 08 B 34083
                                                     Chapter 13
Irving Sullivan,
Cheryl Sullivan                                      Honorable Judge Cox

               Debtors.

## **<u>RESPONSE TO NOTICE OF FINAL CURE PAYMENT</u>**

Now comes, Litton Loan Servicing, LP and files this Response to the Trustee's Notice of

Final Mortgage Cure Amount and in support states as follows:

1.   That on April 15, 2014, Chapter 13 Trustee Tom Vaughn filed a Notice of Final Cure

Payment. The Notice was subsequently served on Beneficial Illinois and indicated that if the

creditor must file a response within twenty-one days of said Notice. This response is being filed

within that time frame.

2.   The Debtor is not current on its post-petition mortgage payments on Beneficial

Financial I Inc., successor by merger to Beneficial Illinois, first lien regarding the real estate

located at: 8012 S. Aberdeen St., Chicago, IL 60620 ("Real Estate").

3.   That since there is a post petition default the mortgage should not be considered fully

reinstated.

4.   The loan is post petition for escrow advances. The following is due and owing:

    i.   Escrow advances of $4,697.08;

        A)  $1,516.14 for mortgage payment due 5/1/2014;

        B)  $3,155.94 for real estate taxes; and,

        C)  $25.00 for Non-Sufficient Fees.

That the total post petition default totals $4,697.08. That based upon Debtor's default, the

mortgagee is not required to treat the mortgage reinstated and fully current. The creditor reserves

the right to amend this response.


Respectfully submitted,


 /s/  Michael J. Block____

Attorney for Beneficial Financial I Inc., as
successor by merger to Beneficial Illinois
Kozeny & McCubbin Illinois, LLC
105 W. Adams, Suite 1850
Chicago, IL 60603
(P) 312-605-3500
Our File# IL-001037

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 6, 2014, I electronically filed the attached Response to Notice

of Final Cure Payment with the Clerk of the Court using the CM/ECF system which will send

notifications of such filing(s) to the following:

Mark J Lubus                          Trustee - Tom Vaughn
Leeders & Associates                  55 E. Monroe Street, Suite 3850
20 E Jackson Blvd Ste 850             Chicago, IL 60603
Chicago, IL 60604                     312 294-5900
(312) - 4277400
Email: mlubus@leederslaw.com

U.S. Trustee - Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

And as to the other parties listed below, by placing the same in a U.S. Mail box in Chicago,

Illinois, enclosed in an envelope with first class postage pre-pad, addressed as shown below:

Irving Sullivan                       Cheryl Sullivan
8012 S. Aberdeen St.                  8012 S. Aberdeen St.
Chicago, IL 60620                     Chicago, IL 60620

Respectfully Submitted by:

/s/ Michael J. Block
Attorney for Plaintiff

Michael J. Block
Kozeny & McCubbin Illinois, LLC
105 W. Adams, Suite 1850
Chicago, IL 60603
(P) 312-605-3500