IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE : | Case No. 08 B 34083 |
| | Chapter 13 |
| Irving Sullivan, | |
| Cheryl Sullivan | Honorable Judge Cox |
| Debtors. | |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Now comes, Litton Loan Servicing, LP and files this Response to the Trustee's Notice of Final Mortgage Cure Amount and in support states as follows:

1. That on April 15, 2014, Chapter 13 Trustee Tom Vaughn filed a Notice of Final Cure Payment. The Notice was subsequently served on Beneficial Illinois and indicated that if the creditor must file a response within twenty-one days of said Notice. This response is being filed within that time frame.

2. The Debtor is not current on its post-petition mortgage payments on Beneficial Financial I Inc., successor by merger to Beneficial Illinois, first lien regarding the real estate located at: 8012 S. Aberdeen St., Chicago, IL 60620 ("Real Estate").

3. That since there is a post petition default the mortgage should not be considered fully reinstated.

4. The loan is post petition for escrow advances. The following is due and owing:

   i. Escrow advances of $4,697.08;

      A) $1,516.14 for mortgage payment due 5/1/2014;

      B) $3,155.94 for real estate taxes; and,

      C) $25.00 for Non-Sufficient Fees.

That the total post petition default totals $4,697.08. That based upon Debtor's default, the mortgagee is not required to treat the mortgage reinstated and fully current. The creditor reserves the right to amend this response.

Respectfully submitted,

 /s/  Michael J. Block
Attorney for Beneficial Financial I Inc., as successor by merger to Beneficial Illinois
Kozeny & McCubbin Illinois, LLC
105 W. Adams, Suite 1850
Chicago, IL 60603
(P) 312-605-3500
Our File# IL-001037

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2014, I electronically filed the attached Response to Notice of Final Cure Payment with the Clerk of the Court using the CM/ECF system which will send notifications of such filing(s) to the following:

| | |
|---|---|
| Mark J Lubus | Trustee - Tom Vaughn |
| Leeders & Associates | 55 E. Monroe Street, Suite 3850 |
| 20 E Jackson Blvd Ste 850 | Chicago, IL 60603 |
| Chicago, IL 60604 | 312 294-5900 |
| (312) - 4277400 | |
| Email: mlubus@leederslaw.com | |

U.S. Trustee - Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

And as to the other parties listed below, by placing the same in a U.S. Mail box in Chicago, Illinois, enclosed in an envelope with first class postage pre-pad, addressed as shown below:

| | |
|---|---|
| Irving Sullivan | Cheryl Sullivan |
| 8012 S. Aberdeen St. | 8012 S. Aberdeen St. |
| Chicago, IL 60620 | Chicago, IL 60620 |

                                                          Respectfully Submitted by:

                                                          /s/ Michael J. Block
                                                          Attorney for Plaintiff

Michael J. Block
Kozeny & McCubbin Illinois, LLC
105 W. Adams, Suite 1850
Chicago, IL 60603
(P) 312-605-3500